# STANDARD OIL COMPANY (NEW JERSEY), Petitioner, Appellant, v. TAX COURT OF PUERTO RICO et al., Appellees.

## No. 4092.

Circuit Court of Appeals, First Circuit.

March 6, 1946.

James R. Beverley, R. Castro Fernandez, and Jose Lopez Baralt, all of San Juan, P. R., for appellant.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key, J. Louis Monarch, and I. Henry Kutz, Sp. Assts. to Atty. Gen. (Fowler Harper and Warner Gardner, Sols., Department of the Interior, and Irwin W. Silverman, Chief Counsel, Division of Territories and Island Possessions, Department of the Interior, all of Washington, D. C., of counsel), for appellees.

Before ALBERT LEE STEPHENS, MAHONEY, and WOODBURY, JJ.

PER CURIAM.

The judgment of the Supreme Court of Puerto Rico is affirmed on the authority of the opinion rendered by this court on this day in South Porto Rico Sugar Company (of New Jersey) v. Rafael Buscaglia, Treasurer of Puerto Rico, et al., 154 F.2d 96.

# STANDARD OIL COMPANY (NEW JERSEY) et al., Petitioners, Appellants, v. TAX COURT OF PUERTO RICO et al., Appellees.

## No. 4093.

Circuit Court of Appeals, First Circuit.

March 6, 1946.

James R. Beverley and R. Castro Fernandez, both of San Juan, P. R., for appellant.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key, J. Louis Monarch, and I. Henry Kutz, Sp. Assts. to Atty. Gen. (Fowler Harper and Warner Gardner, Sols., Department of the Interior, and Irwin W. Silverman, Chief Counsel, Division of Territories and Island Possessions, Department of the Interior, all of Washington, D. C., of counsel), for appellees.

Before ALBERT LEE STEPHENS, MAHONEY, and WOODBURY, Circuit Judges.

PER CURIAM.

The judgment of the Supreme Court of Puerto Rico is affirmed on the authority of the opinion rendered by this court on this day in South Porto Rico Sugar Company (of New Jersey) v. Rafael Buscaglia, Treasurer of Puerto Rico, et al., 154 F.2d 96.

# Henry B. TWOMBLY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

## No. 9083.

Circuit Court of Appeals, Third Circuit.

Argued March 8, 1946.

Decided April 5, 1946.

Henry B. Twombly, of New York City, for petitioner.

Leonard Sarner, of Washington, D. C., (Sewall Key, Acting Asst. Atty. Gen., and Helen R. Carloss, Sp. Asst. to Atty. Gen., on the brief), for respondent.

Before BIGGS, GOODRICH, and O'CONNELL, Circuit Judges.

PER CURIAM.

Examination of the record in this case and consideration of the briefs and arguments of the parties convince us that the Tax Court reached the correct decision. Accordingly the decision is affirmed.